THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dana Rikard, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Lexington County
 James W. Johnson, Jr., Trial Judge
John M. Milling, Post-Conviction Judge

Memorandum Opinion No. 2012-MO-017
 Submitted May 23, 2012 – Filed May 30,
2012   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia,
 for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Kaelon May, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the denial of Petitioner's application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted. 
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.